## JOSEPHINE ACOSTA v. MARIA MARRERO.

The language used by the Notary in drawing up a nuncupative will by public act may be ungrammatical, but if it leaves no ambiguity as to the fact that the language of the clause "revoking besides all other wills, &c.," is that of the testator, and not an inference of the Notary, the will cannot be set aside.

APPEAL from the District Court of the Parish of St. Bernard, *Foulhouze, J. F. Percy* and *L. Castera*, for plaintiff and appellant. *C. Bienvenu* and *L. Chauvet*, for defendants.

VOORHIES, J. Several grounds of nullity are alleged against the validity of *Roca Acosta's* last will,— a nuncupative testament by public act; but the appellant urges only one of them, relating to the dictation of the will.

It is contended "that the testator did not dictate his last disposition to the notary, and especially the revocation of any former will."

The clause, in the will, which has given rise to this controversy, reads as follows:

" Et le dit testateur ayant déclaré ne rien avoir à ajouter au présent testament, je lui ai donné lecture a haute et intelligible voix en présence des témoins sus-nommés, et le dit testateur nous a déclaré le bien comprendre et entendre et y persévérer comme contenant ses dernières volontés, révoquant en outre tous autres testamens, codiciles, ou autres dispositions pour cause de mort voulant et entendant que le présent testament soit seul valable et soit exécuté dans tout son contenu."

This clause, the last one in the will, comes after the testator had disposed of his estate, and appointed his wife as his testamentary executrix. It is there stated

that the testator declared that this was his last will; and, as it is in this con-
nection that occurs the statement "*revoking besides all other wills,*" &c., the
declaration obviously embraces the revocation. The language is ungrammatical;
but it leaves no ambiguity as to the fact that the concluding part of the sentence
was the language of the testator, and not an inference of the Notary.

It is, therefore, ordered and decreed, that the judgment of the District Court
be affirmed with costs.